GREAT AMERICAN REFINING CO. v. PAPPENFUSS et al.

No. 11507—Opinion Filed July 3, 1923.

Appeal and Error—Failure to File Brief or Argue—Dismissal.

If after a cause is assigned for oral argument upon application of the plaintiff in error, the latter makes default in appearance, and fails to prepare, serve, and file brief as required by the rules of the court, and the defendant in error files motion for dismissal for want of prosecution, the motion will be sustained and the cause dismissed.

(Syllabus by Stephenson, C.)

Commissioners' Opinion, Division No: 4.

Error from District Court, Pawnee County; Redmond S. Cole, Judge.

Action by Hulda A. Pappenfuss and Winslow Pappenfuss against the Great American Refining Co. for damages to real estate. Judgment for plaintiffs, and defendant brings error. Dismissed.

Edwin R. McNeill, for plaintiff in error.

L. V. Orton, for defendants in error.

Opinion by STEPHENSON, C. The plaintiffs comenced their action in the district court of Pawnee county, against the defendant for damages to real estate owned by the plaintiffs. In the trial of the cause judgment was rendered for the plaintiffs and against the defendant for the alleged injury. The defendant has brought error to this court, and upon request of the plaintiff in error the cause was set for oral argument. The plaintiff in error made default in appearance, and has failed to file brief as required by the rules of this court. The defendants in error have filed motion to dismiss the cause for want of prosecution, a copy of the motion being served on the plaintiff in error. The plaintiff in error having failed to request additional time in which to prepare, serve, and file brief, the motion to dismiss is sustained, and the cause is dismissed for want of prosecution.

By the Court: It is so ordered.